IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Nicole Moore, | ) | Civil Action No. 4:11-cv-03446-RBH |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CONSENT ORDER** |
| | ) | **TO TRANSFER VENUE** |
| Fein, Such, Kahn & Shepard, PC, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter comes before the Court on Motion of Defendant Fein, Such, Kahn & Shepard, PC, dated January 31, 2012, for an Order dismissing this matter in its entirety for lack of personal jurisdiction, or in the alternative, dismissing this matter for improper venue.  (ECF No. 6).  On February 14, 2012, Plaintiff Nicole Moore filed her opposition to Defendant's Motion to Dismiss but consented to a transfer of venue and filed a Motion to Transfer Venue to the United States District Court for the District of New Jersey.  (ECF No. 10).  Both parties now consent to a transfer of venue.  Additionally, the Plaintiff agrees to dismiss Count IV of the Complaint (ECF No. 1) with prejudice.  Therefore, it is ordered that venue in this case is transferred to the United States District Court for the District of New Jersey and that Count IV of the Complaint is dismissed with prejudice.

IT IS SO ORDERED this 27th day of February, 2012.

                                                  s/ R. Bryan Harwell
                                                The Honorable R. Bryan Harwell
                                                U.S. District Judge
                                                District of South Carolina

Florence, South Carolina

**WE SO MOVE AND CONSENT:**

WEISBERG & MEYERS, LLC

By: _s/ Holly E. Dowd_____
       Holly E. Dowd, Esquire
       409A Wakefield Dr.
       Charlotte, NC 28209
       (888) 595-9111 ext. 260
       (866) 565-1327 (fax)
       Email: hdowd@attorneysforconsumers.com
       (Fed. I.D. No.: 77897)

*Attorneys for Plaintiff*


**WE CONSENT:**

SOWELL GRAY STEPP & LAFFITTE, L.L.C.


By: _s/J. Calhoun Watson_____
       J. Calhoun Watson
       Fed. I.D. No.: 4794
       cwatson@sowellgray.com
       Alexis K. Lindsay
       Fed. I.D. No.: 11104
       alindsay@sowellgray.com
       1310 Gadsden Street
       Post Office Box 11449
       Columbia, South Carolina 29211
       (803) 929-1400 Telephone
       (803) 929-0300 Facsimile

*Attorneys for Defendant*



Columbia, South Carolina
February 27, 2012